UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*****************************
HEATHER ANN WALLACE,

        Plaintiff,

                                  Civil Action No. 11-cv-1148

    v.

                                  **CONSENT ORDER TO**
MICHAEL J. ASTRUE,                **REMAND PURSUANT**
COMMISSIONER                        **TO SENTENCE 4**
OF SOCIAL SECURITY,             **OF 42 U.S.C. § 405(g)**

        Defendant.
*******************************

      This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Sandra M. Grossfeld, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g), and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this        day of July, 2012;

      ORDERED that the final decision of the Commissioner be REVERSED and REMANDED to the Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, including a *de novo* hearing.

            SO ORDERED:
            7/18/2012

                              */s/ Andrew T. Baxter*
                              Hon. Andrew T. Baxter
                              U.S. Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

        RICHARD S. HARTUNIAN
        United States Attorney

By: s/ Sandra M. Grossfeld
   Sandra M. Grossfeld
   Special Assistant U.S. Attorney
   Bar No. 514022
   c/o Social Security Administration
   Office of the General Counsel
   26 Federal Plaza, Rm. 3904
   New York, NY 10278

   OLINSKY LAW GROUP

By: s/ Karen S. Southwick
   Karen S. Southwick, Esq.
   Attorney for Plaintiff
   Bar Roll No. 513167
   300 S. State Street
   Fifth Floor, Suite 520
   Syracuse, NY 13202