UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*****************************
HEATHER ANN WALLACE,

        Plaintiff,

                Civil Action No. 11-cv-1148

  v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

        Defendant.
*********************************

      This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Sandra M. Grossfeld, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g), and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this          day of July, 2012;

      ORDERED that the final decision of the Commissioner be REVERSED and REMANDED to the Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, including a *de novo* hearing.

        SO ORDERED:
        7/18/2012

                        Hon. Andrew T. Baxter
                        U.S. Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

                                                RICHARD S. HARTUNIAN
                                                United States Attorney

By:    s/ Sandra M. Grossfeld
         Sandra M. Grossfeld
         Special Assistant U.S. Attorney
         Bar No. 514022
         c/o Social Security Administration
         Office of the General Counsel
         26 Federal Plaza, Rm. 3904
         New York, NY 10278

         OLINSKY LAW GROUP

By:    s/ Karen S. Southwick
         Karen S. Southwick, Esq.
         Attorney for Plaintiff
         Bar Roll No. 513167
         300 S. State Street
         Fifth Floor, Suite 520
         Syracuse, NY 13202